Adam Eugene Martin  
BOP# 39706-180

State of Indiana  
USP-Terre Haute

## Affidavit

I, Adam Eugene Martin, do hereby attest to the following;

1). That on August 27, 2025 after talking with Albert T. Peaslee JR. about the Jewish religion, I informed Mr. Peaslee that his substantial liberties/rights had been violated while he was at the Two Bridges County Jail from May 18, 2023 thru July, 2024.

Under penalty of perjury pursuant to A.M. @ 28 USC 1746 the above is true and correct.

Signed by my hand on this 31st day of August, 2025.

x Adam Eugene Martin

Adam Eugene Martin #39706-180  
USP-Terre Haute  
P.O. Box 33  
Terre Haute, IN. 47808

(1)