UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| ALBERT T. PEASLEE, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:25-cv-00451-SDN |
| | ) | |
| SHERIFF OF TWO BRIDGES | ) | |
| COUNTY JAIL, et al., | ) | |
| | ) | |
| Defendants. | | |

## ORDER AFFIRMING RECOMMENDED DECISION

On September 26, 2025, after a preliminary review, the Magistrate Judge recommended dismissing Plaintiff Albert T. Peaslee, Jr.'s complaint. ECF No. 6. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal. *Id*. No objections have been filed, and the time for doing so has expired.

Notwithstanding the parties' waiver, I have reviewed and considered the Magistrate Judge's Recommended Decision in light of the record. I agree with the Magistrate Judge's conclusions as set forth in his Recommended Decision and determine that no further proceeding is necessary.

Therefore, the Court **AFFIRMS** and **ADOPTS** the Recommended Decision. ECF No. 6. Plaintiff's complaint is **DISMISSED**.

**SO ORDERED.**

Dated this 31st day of October, 2025.

/s/ Stacey D. Neumann
**UNITED STATES DISTRICT JUDGE**